FILED

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0583

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0583

RYAN ARION,

Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison.

Respondent.



FILED

OCT 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Ryan Arion has filed a Petition for Writ of Habeas Corpus, requesting that this Court "inquire into whether the petitioner is unlawfully restrained of his liberty." After correctly citing the habeas corpus statutes, Arion puts forth that his appointed counsel "prejudiced" him because his counsel did not appeal his sentence upon revocation on Arion's request, causing "abandonment of appeal." Arion "implores this Court to reverse the Judgment."

Arion challenges his sentence from the Lewis and Clark County District Court. We secured a copy of the judgment, most recently amended in September 2021. Arion pleaded guilty to felony accountability (theft – obtain or exerts unauthorized control over property exceeding $1,500 not exceeding $5,000-2nd offense) in April 2021. The District Court committed Arion to the Department of Corrections for a suspended, five-year term. The court ran his sentence consecutively to his prior sentence from Custer County District Court. *See Arion v. Salmonsen*, No. OP 22-0192, Order (Mont. Jul. 19, 2022).

Arion has not presented a prima facie case that he is unlawfully restrained. *Miller v. Eleventh Judicial District Ct.*, 2007 MT 58, ¶ 14, 336 Mont. 207, 154 P.3d 1186. He has not shown how his incarceration is illegal. Section 46-22-101(1), MCA. Moreover, Arion, who appears to be familiar with filing matters in this Court, could have sought and

filed a timely appeal on his own behalf last year or sought leave to file an out-of-time appeal. This Court cannot reverse his judgment through a writ of habeas corpus.

Arion retains the remedy of seeking relief in the Lewis and Clark County District Court through a petition for postconviction relief. *See* §§ 46-21-101, through 46-21-203, MCA.

IT IS THEREFORE ORDERED that Arion's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ryan Arion personally.

DATED this 25 day of October, 2022.

_____

_____

_____

_____

_____
Justices

2